UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY DUGUAY,
        Petitioner,

        V.
        CIVIL ACTION
        NO. 03-11575-NMG

SUPERINTENDENT GARY RODEN,
        Respondent.

ORDER ON MOTION FOR LEAVE TO PROCEED
ON APPEAL *IN FORMA PAUPERIS*

GORTON, D.J.

On March 2, 2011, an Order of Dismissal (Docket No. 161) entered dismissing this § 2254 habeas petition. Thereafter, Petitioner Duguay ("Duguay") filed two Motions to Alter Judgment (Docket Nos. 162 and 163), and on June 30, 2011, this Court issued a Memorandum and Order (Docket No. 170) denying both motions.

On July 8, 2011, Duguay filed a Notice of Appeal (Docket No. 171) along with an *Ex Parte* Motion for Leave to Appeal *in forma pauperis* (Docket No. 172), and a financial Affidavit (Docket No. 173) in support.

DISCUSSION

Where an appellant is a prisoner, he is required to submit a statement of his finances signed under the penalties of perjury, see 28 U.S.C. § 1915(a)(1), along with "a certified copy of the trust fund account statement ... for the prisoner for the 6-month period immediately preceding the filing of the ... notice of appeal...." 28 U.S.C. § 1915(a)(2).

Here, Duguay filed his financial affidavit indicating he cannot afford the appellate filing and docketing fees, but he failed to submit his certified prison account statement along with it, as required. In light of this, Duguay's *Ex Parte* Motion for Leave to Appeal *in forma pauperis* (Docket No. 172) is DENIED without prejudice, as defective.

Accordingly, Duguay must either pay the $455.00 appellate filing and docketing fees, or he

may file a renewed Motion for Leave to Proceed on Appeal *in forma pauperis* directly with the United States Court of Appeals for the First Circuit ("First Circuit"). See Fed. R. App. P. 24(a)(5).[1]

The Clerk is directed to transmit a copy of this Order to the First Circuit forthwith.

SO ORDERED.

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

DATED: July 22, 2011

---

[1] Fed. R. App. P. 24(a)(5) provides:

A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice [of the district court's order denying the motion to proceed *in forma pauperis*]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

Fed. App. P. 24(a)(5).